# Court of Appeals
# of the State of Georgia

ATLANTA,___July 09, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0459.  CRAIG L. JONES v. THE STATE.

Craig L. Jones seeks discretionary review of the trial court's order denying his motion for minutes of a grand jury proceeding. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the trial court's order was entered on May 6, 2015, and Jones filed his application on June 11, 2015, which was 36 days later.[1] Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/09/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*, Clerk.*

---

[1] Jones attempted to file his application earlier, but it was not accepted for filing because it did not include a copy of the trial court's order.